UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sandra Brietzke

v. Case No. 26-cv-13588-SE

Allison D. Burroughs

ORDER

After due consideration of the plaintiff's filings in this case, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 27, 2026 (doc. no. 8). For the reasons explained therein, plaintiff's complaint (doc. no. 1) is dismissed. In light of the dismissal, all pending motions are denied as moot.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

SO ORDERED.

SDElliott
Samantha D. Elliott
United States District Judge

Date: September 22, 2026

cc: Sandra Brietzke, pro se